McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KIMBERLY NOTT,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>        Defendant. | Case No.: 1:19-cv-00904-EPG<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 10) |

IT IS HEREBY STIPULATED, by and between the parties, through their

undersigned attorneys, and with the approval of the Court, that the Commissioner of Social

Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. §

405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will conduct any necessary further proceedings and issue

a new decision. The parties further request that the Clerk of the Court be directed to enter a final

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

Commissioner.

Stip. and Order For Voluntary Remand;  Case 1:19-cv-00904-EPG

1

2

3

4                                                      Respectfully submitted,

5    Dated: January 23, 2020                           */s/ Domonique Ramer*
                                                        (*as authorized via e-mail on 1/21/20)
6                                                       DOMINIQUE RAMER
                                                        Attorney for Plaintiff
7

8
     Dated: January 23, 2020                           McGREGOR W. SCOTT
9                                                       United States Attorney
                                                        DEBORAH LEE STACHEL
10                                                      Acting Regional Chief Counsel, Region IX
                                                        Social Security Administration
11

12                                         By:          */s/ Marcelo Illarmo*
                                                        MARCELO ILLARMO
13                                                      Special Assistant United States Attorney

14
                                                        Attorneys for Defendant
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. and Order For Voluntary Remand;   Case 1:19-cv-00904-EPG

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (ECF No. 10), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated: __**January 23, 2020**__       /s/ *Erica P. Grosjean*
                                       UNITED STATES MAGISTRATE JUDGE