# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY NOTT,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:19-cv-00904-EPG<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(ECF No. 13) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (ECF No. 13),

IT IS ORDERED that fees and expenses in the amount of $1,425.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **April 21, 2020**                    /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE